UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DICKS,<br><br>           Plaintiff,<br><br>    v.<br><br>H. MOSELEY, et al.,<br><br>           Defendants. | Case No. 1:24-cv-00492-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 10)<br><br>NOVEMBER 18, 2024 DEADLINE |

      Pending before the Court is Plaintiff Eric Dicks' second Motion for Extension of Time, filed on October 18, 2024. (Doc. No. 10). Plaintiff seeks an unspecified extension of time to respond to the Court's July 25, 2024 Screening Order because his facility has been on lockdown throughout the month of September and no librarian was available until October 4. (*Id*.). The Court previously granted an extension of time on August 29, 2024. (Doc. No. 9).

      The Court may grant an extension of time "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). The Court finds good cause to grant a further 30-day extension of time. Plaintiff must deliver to correctional officials for mailing his response to the Court's July 25, 2024 Screening Order no later than November 18, 2024. The Court will not grant a further extension

of time absent a showing of extraordinary circumstances.

    Accordingly, it is hereby **ORDERED**:

1. Plaintiff's Motion for Extension of Time (Doc. No. 10) is GRANTED to the extent set forth herein.
2. Plaintiff shall deliver his response to the Court's July 25, 2024 Screening to correctional officials for mailing no later than November 18, 2024.
3. If Plaintiff fails to timely comply with this Order or seek a further extension of time to comply, the Court will recommend the district court dismiss the case for Plaintiff's failure to prosecute and comply with court orders.

Dated:   October 21, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE